## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:                                                                  Case No.     20-12700-LMI
                                                                        Chapter      13

    Reinaldo Rosado

_____  /

## **DEBTOR'S MOTION TO REINSTATE CHAPTER 13 CASE**

    The above-styled debtor, (the "Debtor") by his undersigned counsel file this motion (the "Motion") for entry of an Order reinstating chapter 13 case.  In support of this Motion, the Debtor states as follows:

    1.  The Debtor's case was dismissed by the Court.

    2. Debtor has placed with counsel money order in a sufficient amount to bring him current under his chapter 13 plan.

    3. The Debtor desires to proceed with his chapter 13 plan.

    4. Good cause exists for the entry of an order granting the Motion.

    WHEREFORE, the Debtor respectfully requests that this Court enter an Order (i) granting the Motion  and (ii) granting the Debtor such other legal and equitable relief to which he is justly entitled.

JORDAN E. BUBLICK, P.A.

/s/ Jordan E. Bublick
Jordan E. Bublick (Fla. Bar No. 381624)
1801 N.E. 123rd St., Suite 314
P.O. Box 545941
North Miami, FL 33154
Telephone: (305) 891-4055
Fax: (305) 503-7231
Email: jbublick@bublicklaw.com

*Attorney for the Debtor(s)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:  Case No. 20-12700-LMI
Chapter 13

Reinaldo Rosado

_____/

**CERTIFICATE OF AMOUNT DEPOSITED**

**COMES NOW** Jordan E. Bublick, attorney for Debtor(s), and does certify pursuant to Administrative Order No. 97-3 that all funds required to be paid under Debtors' chapter 13 plan to bring the plan current as of the date of the Motion to Set Aside Order Dismissing Chapter 13 Case have been tendered to said counsel in money orders payable to the chapter 13 trustee or have been deposited in this firm's trust account such amount is sufficient to reinstate the amended chapter 13 plan. The amount involved is $800.00.

**DATED** this 18th day of May, 2021.

JORDAN E. BUBLICK, P.A.

/s/ Jordan E. Bublick_____
Jordan E. Bublick (Fla. Bar No. 381624)
1801 N.E. 123rd St., Suite 314
P.O. Box 545941
North Miami, FL 33154
Telephone: (305) 891-4055
Fax: (305) 503-7231
Email: jbublick@bublicklaw.com

*Attorney for the Debtor(s)*